ACCEPTED
01-15-00055-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/1/2015 11:35:01 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00055-CR

**JOSE PABLO LOPEZ,**
        **APPELLANT**

**IN THE COURT OF APPEALS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/1/2015 11:35:01 AM
CHRISTOPHER A. PRINE
Clerk

**V.**

**FIRST    SUPREME    JUDICIAL
DISTRICT**

**THE STATE OF TEXAS,**
        **APPELLEE**

**HOUSTON, TEXAS**

### MOTION FOR EXTENSION OF TIME TO
### FILE STATE'S RESPONSE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Now comes Jack Roady, Criminal District Attorney of Galveston County, Texas, pursuant to Rule 10.5(b), Texas Rules of Appellate Procedure, and moves for an extension of time in which to file the State's Brief and would respectfully show the Court of Appeals as follows:

1. The appellant was convicted of CAPITAL MURDER, and was sentenced on December 11, 2014. The trial case was styled as *State of Texas v. Jose Pablo Lopez,* in the 122nd Judicial District Court of Galveston County, Texas, Cause No. 01-CR-1330. Appellant filed timely Notice of Appeal. The Appellant's brief was filed with this Court on 8/3/2015.

2. The present due date for filing the State's brief is 9/2/2015.

3. This is the State's first motion for extension of time to file its brief.

4. The State requests an extension to file its brief on or before 11/2/2015.

5. The State requests this extension not for delay but because during the last thirty days, the undersigned attorney for the State:

1

- Completed a reply brief in *Harold Norwood v. State*, 01-14-01005-CR on 8/3/2015.

- Completed a reply brief in *William Cody Thompson v. State*, 14-15-00174-CR & 14-15-00175-CR on 8/7/2015.

- Attended a Capital Murder CLE in Plano, TX from 8/25/2015-8/28/2015.

- Is solely responsible for all Post-Conviction Writs of Habeas Corpus for Galveston County and completed 2 post-conviction writ answers on case numbers: 11-CR-2100-83-2 (*Rodney Scott Smith*); 09-CR-3398-83-1, 09-CR-3399-83-1, 09-CR-3400-83-1 (*Chad Anthony Brown*).

6. The State must also complete its response brief to *Henry Tobar v. State*, 14-15-00011-CR, due on 10/14/2015.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that this Court of Appeals extend the time to file the State's brief until November 2, 2015.

Respectfully submitted,

JACK ROADY
CRIMINAL DISTRICT ATTORNEY
GALVESTON COUNTY, TEXAS

*/s/ Rebecca Klaren*
REBECCA KLAREN
Assistant Criminal District Attorney
600 59th Street, Suite 1001
Galveston County, Texas 77551
Tel.(409)766-2355, fax (409)766-2290
State Bar Number: 24046225
rebecca.klaren@co.galveston.tx.us

2

## CERTIFICATE OF COMPLIANCE

The undersigned Attorney for the State certifies this brief is computer generated, and consists of 277 words.

/s/ *Rebecca Klaren*
REBECCA KLAREN
Assistant Criminal District Attorney
Galveston County, Texas

## CERTIFICATE OF SERVICE

The undersigned attorney for the State certifies that a copy of the above motion was faxed/ emailed/ eFiled / or mailed to Winston Cochran, Attorney for Appellant, at winstoncochran@comcast.net or P.O. Box 2945, League City, TX 77574, on September 1, 2015.

/s/ *Rebecca Klaren*
REBECCA KLAREN
Assistant Criminal District Attorney
Galveston County, Texas

# AFFIDAVIT

**THE STATE OF TEXAS**

**COUNTY OF GALVESTON**

Before me, the undersigned authority, on September 1, 2015, appeared Rebecca Klaren, who by me duly sworn did depose and state on oath the following:

"I, Rebecca Klaren, Attorney for the State of Texas, have read the Motion for Extension of Time to File the State's Brief, and swear that the information contained therein is true and correct."

REBECCA KLAREN
Assistant Criminal District Attorney
Galveston County, Texas

SWORN TO AND SUBSCRIBED before me on September 1, 2015.

HEATHER GRUBEN
Notary Public. State of Texas
My Commission Expires
May 06, 2019

NOTARY PUBLIC in and for
the State of Texas

4